UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY TAYLOR,

                        Plaintiff,

                                                          DECISION AND ORDER
       v.                                             14-CV-682A

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                        Defendant.

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 14, 2017, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 16), recommending that defendant Commissioner's motion for judgment on the pleadings (Dkt. No. 13) be granted, and that plaintiff's motion for similar relief in his favor (Dkt. No. 8) be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant Commissioner's motion for judgment on the pleadings is granted, and plaintiff's motion for similar relief in his favor is denied.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  March 30, 2017